# RECORD OF FUNDS RECEIVED FOR DEPOSIT
## INTO REGISTRY ACCOUNT

TO:  1. Intake Clerk *

      2. Case Administrator

FROM: Financial Administrator

DATE: 7-15-2008

UC

CASE NAME: Erfort

CASE NUMBER: 06-25287

Check Number 587638 in the amount of $ 10,386.31 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 06605 ~~460004~~          Intake Clerk's Initials UC

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

FILED JUL 15 AM 46 CLERK U.S. BANKRUPTCY COURT-PGH

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford  
Chief Counsel

Phillip J. McHale, III  
Chief Accountant

July 11, 2008

John J. Horner, Esquire           OR           John J. Horner, Esquire
Clerk, U.S. Bankruptcy Court                   Clerk, U.S. Bankruptcy Court
5414 U.S. Steel Tower                          U.S. Courthouse, Room B160
600 Grant Street                               17 South Park Row
Pittsburgh PA 15219                            Erie PA 16501

RE: JOHN P. ERFORT
    DANA E. ERFORT
Case No.: 06-25487   F

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

NEW CENTURY MORTGAGE CORP* ++
ATTN: CUSTOMER PMTS/BANKRUPTCY
POB 54283*
IRVINE CA                                      92619-4283

CHECK NUMBER  5871638          AMOUNT $ 10,386.31

The disbursement(s) was returned to the Trustee for the following reason:

_____  a.  Trustee has been unable to locate Creditor.

__X__   b.  Creditor returned funds.

_____  c.  Stale dated, check 90 days old and not negotiated.

Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

Very truly yours,

RONDA J. WINNECOUR
for Standing Chapter 13 Trustee

cc: KENNETH STEIDL ESQ
    JOHN P. ERFORT
    DANA E. ERFORT
    NEW CENTURY MORTGAGE CORP* ++
    Creditor